**DISMISS and Opinion Filed August 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01285-CV

**JOHN COBB, Appellant**
**V.**
**CASA VALENCIA APTS., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04566-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant's brief is overdue. By postcard dated July 12, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor has he corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181285F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHN COBB, Appellant

No. 05-18-01285-CV      V.

CASA VALENCIA APTS., Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-18-04566-C.
Opinion delivered by Chief Justice Burns, Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 21, 2019